Johnnie DUPREE, Appellant,

v.

The STATE of Texas, Appellee.

No. 29384.

Court of Criminal Appeals of Texas.

Dec. 18, 1957.

No attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The conviction is for the unlawful possession of a narcotic drug, to wit: opium; the punishment, ten years in the penitentiary.

The statement of facts appearing in the record does not appear to have been filed

in the trial court, as required by art. 759a, Sec. 4, Vernon's Ann.C.C.P.

In the absence of a proper statement of facts we are unable to pass upon questions pertaining to the court's charge, admissibility of evidence, or the sufficiency of the evidence. Williams v. State, Tex.Cr. App., 297 S.W.2d 169.

No formal bills of exception appear in the record.

All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.